IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK MICHAEL ALLEN, SR.    )
                              )
            Plaintiff,        )
                              )
      v.                      )      1:20CV693
                              )
ORLANDO F. HUDSON, JR.,       )
                              )
            Defendant.        )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 3, 2020, was served on the parties in this action. (Text Order and Recommendation dated Aug. 3, 2020; Doc. 5.) Plaintiff objected to the Recommendation. (Doc. 6.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(b).

                              /s/   Thomas D. Schroeder
                              United States District Judge

August 21, 2020